**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

| | | |
|---|---|---|
| In the Matter of: | : | Case No. 08-13667-BP |
| | : | Chapter 7; Judge PERLMAN |
| CONLEY, DENNIS S. | : | SSN:    XXX-XX-3516 |
| CONLEY, JENNIFER E. | : | XXX-XX-9696 |
| Debtor. | : | |

**NOTICE TO THE CLERK OF SMALL DIVIDENDS AND UNCLAIMED FUNDS**

**TO THE CLERK OF THE COURT:**

The attached check in the amount of $2.92 represents the total sum of unclaimed and small dividends in this estate and is paid to the court pursuant to 11 U.S.C. §347(a) and FRBP 3010. The name(s) and address(es) of the party(ies) entitled to those unclaimed dividends is(are) as follows:

| Creditor Name and Address | Claim No. | Amount of Dividend |
|---|---|---|
| Citizens Deposit Bank and Trust | 000006 | 2.92 |
| P. O Box 9 | | |
| Vanceburg, KY  41179-0009 | | |

| Total Unclaimed/Small Dividends $5.00 or Under | Total Unclaimed Dividends Over $5.00 |
|---|---|
| $2.92 | $0.00 |

Dated:  2/23/10

/s/ David W. Kuhn

DAVID W. KUHN, Case Trustee

cc:    United States Trustee